AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

ORIGINAL

United States of America
v.

RONALD FABRICIO OCHOA-HERNANDEZ

*Defendant*

Case No. 3:26-mj-00235-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* RONALD FABRICIO OCHOA-HERNANDEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about and between June 1, 2026, and April 21, 2026, within the District of Oregon, defendant RONALD FABRICIO OCHOA-HERNANDEZ did knowingly and intentionally: (1) engage in a conspiracy to distribute and possess with intent to distribute fentanyl, a Schedule II controlled substance; and, (2) distribute fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C), and 846.

Date: 08/23/2026

Jolie A Russo
*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/23/26, and the person was arrested on *(date)* 8/21/26
at *(city and state)* Portland, OR.

Date: 082426

*Arresting officer's signature*

Pete Reed Det/TFO
*Printed name and title*